FILED

12/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0485

DAREN ENGELLANT,
Individually and acting as personal representative of the
ESTATE OF GREGORY ENGELLANT,

            Plaintiff, Appellant, and Cross-Appellee,

v.

CROWLEY FLECK, PLLP and DANIEL N. MCLEAN,

            Defendants, Appellees, and Cross-Appellants.

CROWLEY FLECK, PLLP and DANIEL N. MCLEAN,

            Third-Party Plaintiffs and Cross-Appellants,

v.

KENNETH ENGELLANT and SHANA DIEKHANS,

            Third-Party Defendants and Cross-Appellants.

KEVIN ENGELLANT,

            Intervenor and Appellant.

**ORDER GRANTING EXTENSION OF TIME TO TRANSMIT THE RECORD**

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Troy Kelley is granted an extension of time to and including January 22, 2025, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 24 2024